**Order filed, December 01, 2016.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-16-00643-CV
_____

**GULSHAN ENTERPRISES, INC., Appellant**

**V.**

**ZAFAR, INC., Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-75119**

---

## ORDER

The reporter's record in this case was due **September 19, 2016**. *See* Tex. R. App. P. 35.1. On September 30, 2016, Michelle Tucker filed a motion for extension of time to file the record which was granted until October 19, 2016. On November 07, 2016, a second motion for extension of time was filed and granted until November 18, 2016 with the notation that no further extensions will be

granted absent exceptional circumstances. The court has not received a request to extend time for filing the record.  The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Michelle Tucker**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM